**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


| | |
|---|---|
| IN RE:  ADRIAN CHEN TRUST NO. 1 & | :  No. 207 WAL 2018 |
| ADRIAN CHEN TRUST NO. 2 | : |
| | : |
| | :  Petition for Allowance of Appeal from |
| PETITION OF: ADRIAN CHEN | :  the Order of the Superior Court |


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 22nd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.